# EXHIBIT A

Exhibit A
90 Day Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 08/30/17 | 09/26/17 | 27458 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - RETURN | $ 30,000.00 |