# EXHIBIT B

Exhibit B
Net Winner Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 08/31/16 | 08/31/16 | DD083116 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT AUG 21 DAYS | $ 87.50 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 09/30/16 | 09/30/16 | DD093016 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT SEP | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 10/31/16 | 10/31/16 | 145 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT OCT | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 11/30/16 | 11/30/16 | 163 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT NOV | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 12/30/16 | 12/30/16 | 172 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT DEC | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 01/31/17 | 01/31/17 | 191 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT JAN | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 02/28/17 | 02/28/17 | 187 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT FEB | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 03/31/17 | 03/31/17 | 190 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT MAR | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 04/28/17 | 04/28/17 | 186 | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT APR | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 05/31/17 | 05/31/17 | DD | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT MAY | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 06/30/17 | 06/30/17 | DD | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT JUN | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 07/31/17 | 07/28/17 | DD | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT JUL | 125.00 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 09/01/17 | 08/31/17 | DD | CLAYTON NAKASONE | MTG3a SR ST CLOUD RD, CA - INT AUG | 125.00 |
| | | | | | | | $ 1,587.50 |