# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (BLS) |
| Debtor. | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| Plaintiff, | : Adv. Proc. No.: 19-50832 (BLS) |
| v. | |
| Clayton Nakasone, | |
| Defendants. | |

     In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

      __X__     Mediation sessions are scheduled to occur on April 28, 2021.

     _____     A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

     _____     OTHER:

Dated: April 15, 2021                 */s/ Ian Connor Bifferato*
                                         Ian Connor Bifferato (DE #3273)
                                         The Bifferato Firm P.A.
                                         1007 N. Orange Street, 4th Floor
                                         Wilmington, DE  19801